SCANNED
DATE: 3-22-04
BY: CMG

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. |
| ) | 04-CR-10068 RWZ |
| 1. VICTOR SOSA ) | |
|     a/k/a "Victorino," ) | |
| 2. ALEX ARANGO-PEREZ, ) | |
|     A/k/a ) | |
|       "Ariel Lugo-Torres," ) | |
| 3. DIEGO ORTIZ ) | |

## NOTICE OF APPEARANCE

Now comes the Assistant United States Attorney ("AUSA") and hereby gives notice of his appearance as government co-counsel in the captioned matter. AUSA Kevin McGrath will remain the lead government counsel.

Respectfully submitted,
MICHAEL J. SULLIVAN
United States Attorney

By: _/s/ David G. Tobin_
David G. Tobin
Assistant U.S. Attorney
(617) 748-3392

March 17, 2004

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served upon the persons listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

>Catherine K. Byrne
>Federal Defender's Office
>District of Massachusetts
>408 Atlantic Ave.
>Third Floor
>Suite 328
>Boston, MA 02210
>
>James J. Cipoletta
>Citizens Bank Building
>385 Broadway
>Suite 307
>Revere, MA 02151
>
>Melvin Noris, Esquire
>260 Boston Post Rd.
>Wayland, MA 01778

This 17th day of March, 2004.

DAVID G. TOBIN
ASSISTANT UNITED STATES ATTORNEY