UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>ALEX PEREZ, VICTOR SOSA, )<br>and DIEGO ORTIZ, )<br>      Defendants, )<br>) | **CRIMINAL ACTION**<br>**NO. 04-10068-RWZ** |

**STATUS REPORT**
**September 20, 2004**

**SWARTWOOD, M.J.**

The following is a Status Report to Zobel, J. to whom this case is assigned:

1. <u>Discovery</u>

The Government has produced multiple tape recordings, four CDs and a video of relevant evidence in this case. Counsel for the Defendants and the Defendants are still in the process of reviewing this evidence and have requested an extended continuance in order to complete that review and to verify that the recordings are of the Defendants as alleged by the Government. I have granted that request.

2. <u>Further Status Conference</u>

A further status conference shall be held in this case on November 4, 2004, at 2:15 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.

3. <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from September 15, 2004 (date of expiration of prior order of excludable time) through November 4, 2004 (date by which Defendants will have completed their review of discovery produced by the Government).  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried or on before <u>Thursday, January 13, 2005</u>.

<pre>
                              /s/Charles B. Swartwood, III
                              CHARLES B. SWARTWOOD, III
                              MAGISTRATE JUDGE
</pre>