UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.    )<br>)<br>ALEX PEREZ, VICTOR SOSA,  )<br>and DIEGO ORTIZ,    )<br>       Defendants,  )<br>) | CRIMINAL ACTION<br>NO. 04-10068-RWZ |

**FINAL STATUS REPORT**
**November 5, 2004**

**SWARTWOOD, M.J.**

The following is a Final Status Report to Zobel, J. to whom this case is assigned:

1. <u>Trial</u>

I have been requested by counsel for the parties to return this case to Judge Zobel for a trial.

2. <u>Discovery</u>

Completed.

3. <u>Substantive Motions</u>

None contemplated.

4. <u>Estimated Length of Trial</u>

Five days.

5. <u>Defenses</u>

None of the Defendants intend to present a public authority, insanity or alibi defense.

6. <u>Interpreter</u>

Required for one or more of the Defendants.

7.  <u>Excludable Time</u>

I have previously excluded from the Speedy Trial Act, the entire period from date of arraignment through November 4, 2004. Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried or on before <u>Thursday, January 13, 2005</u>.

<pre>
                              /s/Charles B. Swartwood, III
                              CHARLES B. SWARTWOOD, III
                              MAGISTRATE JUDGE
</pre>