UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | |
| | ) | Criminal No. 04-10068-RWZ |
| **ALEX ARANGO-PEREZ, et al.** | ) | |
| a/k/a "Ariel Lugo-Torres" | ) | |
| | ) | |

**INFORMATION REGARDING PRIOR CONVICTIONS FILED PURSUANT TO
21 U.S.C. §851 REGARDING DEFENDANT ALEX ARANGO-PEREZ**

The United States Attorney charges that:

1. On or about December 5, 1995, ALEX ARANGO-PEREZ, a/k/a "Ariel Lugo-Torres," then known as Alexander Arango, entered a plea of guilty in the United States District Court for the Middle District of Florida (Tampa) to possession with the intent to distribute cocaine in violation of 21 U.S.C. § 841(a)(1)(Criminal Case Number 95-00220-EAK-ALL). The acceptance of the plea and adjudication of guilt was done on December 26, 1995.

2. By way of this information, the government notifies ALEX ARANGO-PEREZ, a/k/a "Ariel Lugo-Torres", and formerly known as Alexander Arango, that he is charged with committing the crimes alleged in said indictments after having been previously convicted of the felony drug offenses as set out in paragraph 1 above.

All in keeping with Title 21, United States Code, Section 851(a)(1).

                                          Respectfully submitted,

                                          MICHAEL J. SULLIVAN
                                        United States Attorney

                                    BY:*/s/ David G. Tobin*
                                        DAVID G. TOBIN
                                        Assistant U.S. Attorney

Dated: February 2, 2004