UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>v.       )<br>**ALEX ARANGO-PEREZ,** )<br>    **Defendant** ) | CRIMINAL NO. 04-10068-RWZ |

**GOVERNMENT'S NOTICE OF WITHDRAWAL OF
INFORMATION FILED PURSUANT TO 21 U.S.C. §851**

The United States of America, by United States Attorney, Michael J. Sullivan, and Assistant U.S. Attorney, David G. Tobin, hereby files this notice of withdrawal of the previously-filed Information Regarding Prior Convictions Filed Pursuant To 21 U.S.C. §851 Regarding Defendant Alex Arango-Perez (Docket Entry 39). The §851 information had the effect of doubling the defendant's minimum mandatory term of imprisonment from ten to twenty years. As grounds for the instant notice of withdrawal, the United States submits that this notice of withdrawal will permit the defendant to obtain meaningful relief under the motion filed by the United States pursuant to U.S.S.G. 5K1.1.

                                        Respectfully submitted,

                                        MICHAEL J SULLIVAN
                                        United States Attorney

                                   By:  /s/ David G. Tobin
                                        DAVID G. TOBIN
                                        Assistant U.S. Attorney

DATED:    June 22, 2005