UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2007 FEB -5 P 2: 37

U.S. DISTRICT COURT
DISTRICT OF MASS

UNITED STATES OF AMERICA :
:
VS. : USDC DOCKET No.04-CR-10068-002-RWZ
:
: (COMPLAINT MAG. No.04-1651-CBS)
ALEX PEREZ, :
:
Defendant. :

NOTICE OF MOTION DIRECTING
THE RETURN OF SEIZED PROPERTY

PLEASE TAKE NOTICE that upon the annexed Affidavit of Affirmation of Alex Perez, the Defendant, affirmed January 25, 2007, and upon all the papers and proceedings had herein, Defendant will move this Court, Rya W. Zobel, U.S.D.J. in his Chambers in the John Joseph Moakley U.S. Courthouse at 1 Courthouse Way, Boaston, MA 02210, on February 19, 2007, at 9:00 A.M. or as soon thereafter as counsel can be heard, for an order pursuant to Rule 41(g) of the Federal Rules of Criminal Procedure directing the return of the property and articles seized from the Defendant, for safe-keeping purposes, at the time of Defendant's arrest on February 13, 2004, and for such and further relief as to this Honorable Court may seem just and proper.

DATED:   January 25, 2007          Respectfully submitted,

                                   [signature]
                                   Alex Perez, Defendant, Pro-Se
                                   Reg. No.19002-018
                                   FCI Fort Dix East - Unit 5741-2
                                   P.O. Box 2000
                                   Fort Dix, New Jersey 08640