UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 04-10068-RWZ

UNITED STATES OF AMERICA

v.

ALEX PEREZ

ORDER
August 12, 2008

ZOBEL, D.J.

Alex Perez was sentenced for violation of the drug laws on June 24, 2005. On February 5, 2007, he filed a motion for the return of certain personal property and some cash seized from him on February 13, 2004. The court allowed the unopposed motion on February 28, 2007, and ordered the government to return these items forthwith or explain in writing why it cannot comply with the order. Apparently the property has not been returned and certainly the government has not submitted an explanatory letter to the court.

The court has now received a letter from the Consul General of Colombia requesting the court's assistance in retrieving Mr. Perez' property.

The Clerk shall provide copies of the Consul General's request together with the attachments to the United States Attorney's Office who shall advise the court and the Consul General of the status of this matter by August 26, 2008.

August 12, 2008
DATE

Rya W. Zobel
RYA W. ZOBEL
UNITED STATES DISTRICT JUDGE