```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
      v.                      )    Case No. 04-10068-RWZ
                              )
ALEX PEREZ,                   )
      Defendant               )
```

GOVERNMENT'S RESPONSE TO COURT ORDER

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and David G. Tobin, Assistant U.S. Attorney, and hereby responds to the Court's August 13, 2008, Order [Docket Entry 83] requiring the Government to explain the status of the personal property and currency taken from Defendant Alex Perez at the time of his arrest on February 13, 2004. Since the Court issued its Order, the property and currency taken from Defendant Perez at the time of his arrest was located by Officer Christopher Borum, who was the lead case agent in the investigation that resulted in federal charges against Defendant Perez, and turned over to the undersigned attorney for the United States. Attorney James J. Cipoletta, who represented Defendant Perez in this matter, has agreed to accept the items and return them to Defendant Perez's family. Attorney Cipoletta is scheduled to pick up the items today, August 26, 2008, from the Office of the United States Attorney in Boston, Massachusetts.

At the time of his arrest on February 13, 2004, Defendant Perez signed an Everett Police Department personal property inventory. The inventory listed the following items: wallet,

watch, necklace, belt, chapstick, $422.00, counterfeit SS card. All of the above-listed items, with the exception of the counterfeit Social Security card, are now in the possession of the undersigned attorney for the United States and will be turned over to Attorney Cipolleta.  The counterfeit Social Security card will not be returned to Defendant Perez.  Please note that the $422.00 in currency has been converted into a cashiers check made payable to "James J. Cipolleta, Esq. For Alex Perez."  In his letter to DEA Task Force Agent Christopher Borum seeking the return of his property, Defendant Perez included a list of seized items.  The list included "sneakers" and a "sweater."  Neither of those items appear on the inventory of seized items signed by Defendant Perez at the time of his arrest and no such items were provided to the undersigned attorney for the United States by Officer Borum.

    The United States will notify in writing the Consul General of Colombia of the status of this issue.

                                            Respectfully submitted,

                                            MICHAEL J. SULLIVAN
                                            United States Attorney

                                By:   David G. Tobin
                                    DAVID G. TOBIN
                                    Assistant U.S. Attorney

Dated: August 26, 2008